UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

SCANNED at
and Emailed
11/19/25 by SS . 4 pages
date initials No.

Carvaughn Johnson
Petitioner

v.

Angel Quiros
Respondent,

Case No. 3:24-CV-01847(KAD)

Date: November 19, 2025

MOTION FOR APPOINTMENT OF COUNSEL

The Pettioner Carvaughn Johnson #284952 is seeking representation. The pettioner contacted six(6) attorney's seeking representation, out of six(6) attorneys only one attorney responded (See Attached). The pettioner contacted ILAP and they informed the pettioner that they could not help with representation, because of the contract they have with (D.O.C.) Department of Corrections. The pettioner is unable to represent his self due to the fact that this case is to complex, also there is no Law library or internet access to do research. For the reasons listed above the pettioner ask that the court appoint representation for the pettioner.

These are the Lawyers the Petitioner contacted:

Ruane Attorneys at Law LLC
928 Chapel Street New Haven, CT.06511

Ruane Attorneys at Law
881 Lafayette Blvd. Bridgeport, CT. 06604

Law Offices of Ronald Burke
640 Clinton Ave, Bridgeport, CT. 06605

Kevin Smith Attorney at Law
928 Chapel Street, New Haven, CT. 06510

Nicole Shepter
87 Whitfield Street, Suite 8
Guilford, CT. 06437

Vishal Garg
169 Main Street, Suite 800-21
800 Plaza Middlesex
Middletown, CT. 06457

KGWS | KOCH GARG WALKER & SMART

W. Theodore Koch, III
Vishal K. Garg
Jessica M. Walker
James R. Smart

October 15, 2025

Carvaughn Johnson, #284952
Brooklyn Correctional Institution
54 Hartford Road
Brooklyn, CT 06234

RE: Pro Bono Representation

Dear Mr. Johnson,

Thank you for contacting us in regard to pro bono representation. Unfortunately, we are unable to take pro bono cases at this time. We appreciate the difficulty in obtaining high quality representation, and wish you the best in your search for counsel.

Sincerely,

Vishal Garg
Partner

169 Main Street, Suite 800-21
800 Plaza Middlesex
Middletown, CT 06457

Phone: (860) 452-6860
Fax: (860) 452-6865
www.kgwslaw.com

Carvaughn Johnson

Carvaughn Johnson #284952
Brooklyn Correctional Institution
54 Hartford Road
Brooklyn, CT. 06234